IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WILLIAM BENNETT GOURLEY | : | |
| Gourley, William Bennett | : | CASE NO. 1:17-bk-01736 |
| KATHLEEN DENISE GOURLEY | : | |
|     Debtors | : | |
| | : | CERTIFICATE OF DEFAULT |
| PNC BANK, NATIONAL ASSOCIATION, | : | |
|     Movant | : | |
| | : | |
| WILLIAM BENNETT GOURLEY | : | |
| Gourley, William Bennett | : | |
| KATHLEEN DENISE GOURLEY, | : | |
|     Respondents | : | |

## ANSWER TO CERTIFICATE OF DEFAULT

1. Admitted that the Debtors were in default, but they will have the funds to cure the default..

    WHEREFORE, the Debtors respectfully request that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

    Respectfully submitted,

    /s/ Dorothy L. Mott

    _____
    Dorothy L. Mott
    Attorney ID 43568
    Mott & Gendron Law
    125 State Street
    Harrisburg, PA 17101
    (717) 232–6650 TEL
    (717) 232-0477 FAX
    doriemott@aol.com