```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 17-01736-HWV
William Bennett Gourley                                       Chapter 13
Kathleen Denise Gourley
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1         User: AutoDocke              Page 1 of 2                  Date Rcvd: Feb 12, 2020
                             Form ID: ordsmiss            Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
db/jdb        +William Bennett Gourley,    Kathleen Denise Gourley,    125 Evergreen Street,
                Hummelstown, PA 17036-1207
4916325       +3232 Newmark Drive,    Miamisburg, OH 45342-5421
4914002       +AMERICAN DENTAL CARE LLC,    1135 E CHOCOLATE AVE STE 101,    HERSHEY, PA 17033-1201
4914003       +BOROUGH OF HUMMELSTOWN,    136 S HANOVER STREET,    HUMMELSTOWN, PA 17036-2207
4914004        BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,   CAMP HILL, PA 17001-8875
4914010       +CONCENTRA,    PO BOX 9014,   ADDISON, TX 75001-9014
4914011       +CONCENTRA,    4200 UNION DEPOSIT ROAD,    HARRISBURG, PA 17111-2801
4914012        DIVERSIFIED CONSULTANTS, INC,    PO BOX 1391,    SOUTHGATE, MI 48195-0391
4914013       +ENDODONTICS ASSOCIATES,    1108 E CHOCOLATE AVENUE,    HERSHEY, PA 17033-1241
4914014       +GRAND VIEW MEMORIAL PARK,    500 N WEBER STREET,    LEBANON, PA 17046-9389
4914015       +HERSHEY PEDIATRIC CENTER,    441 E CHOCOLATE AVENUE,    HERSHEY, PA 17033-1324
4914016       +HUD/FHA,    NATIONAL SERVICING CENTER,    301 NW SIXTH ST, STE 200,
                OKLAHOMA CITY, OK 73102-2811
4914017       +INGRAM DAUGHERTY ORTHODONTISTS,    710 S 12TH STREET,    LEBANON, PA 17042-6901
4914019       +LOWER DAUPHIN SCHOOL DISTRICT,    TRACY COOPER,    PO BOX 364,   HUMMELSTOWN, PA 17036-0364
4914020       +MS HERSHEY MEDICAL CENTER,    PATIENT FINANCIAL SERVICES,    PO BOX 853 MC-A410,
                HERSHEY, PA 17033-0853
4914021        MSHMC PHYSICIANS GROUP,    BILLING SERVICES,    PO BOX 854,   HERSHEY, PA 17033-0854
4914023       +ORAL SURGERY ASSOCIATES,    KENNETH D KNIPE DDS,    1253 COCOA AVENUE,   HERSHEY, PA 17033-1715
4914024       +PEERLESS CREDIT SERVICES, INC,    PO BOX 518,    MIDDLETOWN, PA 17057-0518
4914025       +PINNACLE ANNVILLE FAMILY MEDICINE, PC,    1251 E MAIN STREET,    ANNVILLE, PA 17003-1643
4934604       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
4914026       +PNC MORTGAGE,    BANKRUPTCY DEPT,    3232 NEWMARK DRIVE,   MIAMISBURG, OH 45342-5421
4914027        PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,   ALLENTOWN PA 18104-9392
4914028       +REC SOLUTION,    PO BOX 699,   NATCHEZ, MS 39121-0699
4914029        RECEIVABLE SOLUTIONS SPECIALSIT, INC,    PO BOX 669,    NATCHEZ, MS 39121-0669
4914030       +SUEZ WATER PENNSYLVANIA,    CUSTOMER SERVICE CENTER,    8189 ADAMS DRIVE,
                HUMMELSTOWN, PA 17036-8625
4914031       +UDREN LAW OFFICES, PC,    WOODCREST CORPORATE CENTER,    111 WOODCREST RD, STE 200,
                CHERRY HILL, NJ 08003-3620
4914032       +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4914033       +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                HARRISBURG, PA 17121-0751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4914006       +EDI: WFNNB.COM Feb 13 2020 00:23:00      CCB/GAMESTOP,   PO BOX 182120,
                COLUMBUS, OH 43218-2120
4914007       +E-mail/Text: dehartstaff@pamd13trustee.com Feb 12 2020 19:35:21      CHARLES J DEHART, III, ESQ.,
                8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4914008       +EDI: COMCASTBLCENT Feb 13 2020 00:23:00      COMCAST CABLE (BK Notices),   1555 SUZY ST,
                LEBANON, PA 17046-8318
4914009        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 12 2020 19:35:02      COMM OF PA DEPT OF REVENUE,
                BUREAU OF COMPLIANCE,    PO BOX 280946,   HARRISBURG, PA 17128-0946
4914018        EDI: IRS.COM Feb 13 2020 00:23:00      INTERNAL REVENUE SERVICE - CIO,   PO BOX 7346,
                PHILADELPHIA, PA 19101-7346
4914022       +E-mail/Text: Bankruptcies@nragroup.com Feb 12 2020 19:35:29      NATIONAL RECOVERY AGENCY,
                2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
4964146        EDI: Q3G.COM Feb 13 2020 00:23:00      Quantum3 Group LLC as agent for,
                JH Portfolio Debt Equities LLC,    PO Box 788,   Kirkland, WA 98083-0788
4914034        EDI: VERIZONCOMB.COM Feb 13 2020 00:23:00      VERIZON BANKRUPTCY DEPT,
                500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
4914035        EDI: VERIZONCOMB.COM Feb 13 2020 00:23:00      VERIZON WIRELESS,   500 TECHNOLOGY DR, STE 550,
                SAINT CHARLES, MO 63304-2225
4937827       +EDI: AIS.COM Feb 13 2020 00:23:00      Verizon,   by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4914005       ##+CAWLEY & BERGMANN, LP,    117 KINDERKAMACK RD STE 201,   RIVER EDGE, NJ 07661-1916
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 William Bennett Gourley DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor 2 Kathleen Denise Gourley DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              Kara Katherine Gendron   on behalf of Debtor 2 Kathleen Denise Gourley karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron   on behalf of Debtor 1 William Bennett Gourley karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Nicole Bernadette LaBletta    on behalf of Creditor   PNC Bank, National Association
               nlabletta@pincuslaw.com,  brausch@pincuslaw.com
              Nicole Bernadette LaBletta    on behalf of Creditor   PNC Bank, N.A. nlabletta@pincuslaw.com,
               brausch@pincuslaw.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| William Bennett Gourley, aka William Gourley, | Chapter 13 |
| **Debtor 1** | Case No. 1:17–bk–01736–HWV |
| Kathleen Denise Gourley, | |
| **Debtor 2** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: February 12, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

ordsmiss (05/18)